IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Edward Thomas Kennedy, | ) | 19 - 893 |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| vs. | ) | Verified |
| | ) | Jury Trial Demanded |
| | ) | |
| The United States, Richard G. Andrews, | ) | FILED |
| individually and in his official capacity as | ) | |
| an Article III Judge, and Leonard P. Stark, | ) | MAY 1 3 2019 |
| individually and in his official capacity | ) | |
| as an Article III Judge, | ) | US DISTRICT COURT |
| | ) | DISTRICT OF DELAWARE |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

### FIRST CAUSE OF ACTION –TRESPASS ON THIS CASE (Common Law)

1.      The Plaintiff, Edward Thomas Kennedy, ("Kennedy" and/or "Plaintiff") is one of the people of Pennsylvania in this court of record complains against the Defendants United States ("U.S."), Richard G. Andrews ("Andrews"), individually and in his official capacity as an Article III Judge, and Leonard Stark ("Stark"), individually and in his official capacity as an Article III Judge for Trespass on the Case (common law) and Negligence. Kennedy's lawful title is Chevallier Reverend under international law and church law. Kennedy studied law under the jurisdiction of the Vatican and his Sacred Medical Order Knights of HOPE. Pursuant to military and U.S. Civil law, and based on his study of law, Kennedy believes controversy surrounds Barack Hussein Obama, and by association, all his appointees.

NOTICE

2.      Exhibit 1 Law of the Case, Executive Order 11110[1] and 12 U.S. Code § 411.

3.      Plaintiff claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases the Plaintiff brings in this action against the United States, and Defendants Anderson and Stark, as federal judicial officers, pursuant to Title 28 U.S. Code § 1331, in claims arising from violations of federal constitutional rights guaranteed in the fifth, seventh and ninth amendments to the U.S. Constitution and redressable pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971) arising under the U.S. Constitution, and the Magna Carta, which is good law today. The matter in

_____

[1]      Federal Register page and date: 28 FR 5605; June 7, 1963.

controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

4      Pursuant to 28 U.S. Code § 453, Plaintiff accepts the oath of office of the Judge assigned to administrate this case, and Plaintiff binds him to it.

5.      Plaintiff does not consent to the services of a U.S. Magistrate.

6.      Res ipsa loquitur, on November 27, 2018, in a court of record at United States District Court for the District of Delaware, Richard G. Andrews, in case No, 18-1316 (RGA), his signed Document 9, is evidence of Trespass on the case for Andrews failed to comply with the Law of the Case. Andrews disrespectfully wrote "Amendment is futile" in violation of court procedures. Andrews exceeded the court's jurisdiction, and because the court exceeded its jurisdiction, Kennedy is injured in loss of rights.

7.      Plaintiff has no evidence that Hussein and Defendants Anderson and Stark are U.S. citizens. Plaintiff has no evidence Hussein, Stark and Anderson were born in the USA. Defendants Stark and Anderson put their political loyalty to Obama, personal business interests and personal, political philosophy ahead of their oath of office and duty to the Plaintiff and thereby Trespassed on the Case in a court of record.

8.      In a court of record, a Judge has no discretion. Further, pursuant to 28 U.S. Code § 453, Defendants Stark and Anderson, as federal employees and job titled as U.S. Judges, have a duty not to be negligent, to obey their oath of office, to provide justice to both rich and poor, to not be negligent, to not exceed their jurisdiction, and not to injure the Plaintiff in loss of rights.

9.      Article III Judges, public officials, modern attorneys and their fellow, professional, private membership association members, take oaths to obey the U.S. Constitution, and to tell the truth, which means not to lie, misinform, misstate, misconstrue, make law, or put false paperwork into a court of record.

10.      As a result of the trespass on the case and negligence, the Defendants, exceeded their jurisdictions, and because they exceeded their jurisdiction, injured the Plaintiff in loss of rights.  Plaintiff suffered the following injuries and damages because the Defendant denied Plaintiff thirty million dollars, ($30,000,000.00) claimed in paragraph 62 from Plaintiff's Original Complaint in Civil Action No. 18-1316.

11.      Exhibit "1" Law of the Case is incorporated by reference as though fully stated herein. The Federal Tort Claims Act ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for torts committed by persons acting on behalf of the United States.[2]

12.      The damages claimed are all a result of the injuries.

## SECOND CAUSE OF ACTION NEGLIGENCE

13.      Paragraphs 1 through 12 are included by reference as though fully stated herein.

---

[2]      August 2, 1946, ch.646, Title IV, 60 Stat. 812, "28 U.S.C. Pt.VI Ch.171" and 28 U.S.C. § 1346.

14. In the Law of the Case Exhibit 1 and in tort law, negligence is a distinct cause of action.

15. The Restatement (Second) of Torts defines negligence as "conduct that falls below the standard established by law for the protection of others against unreasonable risk of harm."[3]

16. Negligence in this court of record consists of five elements, including the following: (1) a duty of care owed by the Defendant to the Plaintiff; (2) a breach of that duty; (3) an actual causal connection between the Defendant's conduct and the resulting harm; (4) proximate cause, which relates to whether the harm was foreseeable; and (5) damages resulting from the Defendant's conduct.

17. Damages are one million dollars each ($1,000,000.00) against each Defendant.

18. The damages claimed are all a result of the injuries.

WHEREFORE, Plaintiff requests judgment against the Defendant as follows.

1. An Order for the Defendant United States to compensate Kennedy for damages in a sum in excess of the sum of Thirty million and xx/100 Dollars ($30,000,000.00), and pursuant to Executive Order 11110 and 12 U.S. Code § 411, without delay;
2. That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege;
3. Interest as allowed by law;
4. Costs of suit;
5. Attorneys fees;
6. That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;
7. An Order to each Defendant to compensate Kennedy for Damages of one million dollars each, pursuant to Executive Order 11110 and 12 U.S. Code § 411, without delay;
8. Upon proper motion, Order the Defendants to pay punitive damages to Kennedy, pursuant to trespass on the case;
9. That the court Order a nationwide injunction against all Obama appointed Judges to suspend from office and official duties until the treason controversy clears;
10. For such other and further relief as the court may deem just and proper.

19. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Dated: May 10, 2019.

---

[3]    See https://www.ali.org/publications/show/torts/

3

_____ (seal)

By:    Edward Thomas Kennedy, Plaintiff.
        *All rights reserved under UCC 1-308.*

        800 Court Street, Apt 223
        Reading, PA 19601
        415-275-1244
        Fax (570) 275-1244
        pillar.of.peace.2012@gmail.com

        *Plaintiff is Self-represented.*

Attachment: Exhibit "1" Law of the Case, Nine pages (9 pages).

Notice: A Constitutional Question for Attorney General Barr is forthcoming.

Order
Pel.

Thomas Kennedy
Court St, Apt 223
Pa. 19601





U.S. POSTAGE PAID
FCM LG ENV
READING, PA
19601
MAY 10 19
AMOUNT
**$1.60**
R2305K142193-17

19601

1000



John Cerino, Clerk of Court
USDC - Delaware.
844 N. King St.
Wilmington DE 19801 - 3555.

FILED
MAY 13 2019
US DISTRICT COURT
DISTRICT DELAWARE