EDWARD THOMAS KENNEDY
800 COURT STREET, APT. 223
READING, PA 19601
(415) 275-1244
FAX: (570) 609-1810

19-893


FILED
MAY 13 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

May 11, 2019

John A. Cerino, Clerk of Court
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Dear Clerk of Court Cerino,

Re: Kennedy v. United States

Enclosed please find the following:

1. Civil Cover Sheet;
2. An original and one (1) copy of a Complaint;
3. Application to Waive Fees; three pages, also known as APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Please protect my privacy for this form need NOT be open to public disclosure). Please file under seal to protect my privacy.
4. Proposed Order, one page.

Please file the original and return the one (1) time-stamped copy of the Complaint to my attention in the enclosed self-addressed, stamped envelope for service upon the Defendant.

Should you have any questions or comments, do not hesitate to contact me at (415) 275-1244 or via email at pillar.of.peace.2012@gmail.com. Thank you for your anticipated courtesy and cooperation.

Sincerely,

EDWARD THOMAS KENNEDY

Enclosures