IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARDS THOMAS KENNEDY, | : | |
| Plaintiff, | : : : | |
| v. | : : | Civ. No. 19-893-CFC |
| UNITED STATES, et al., | : : | |
| Defendants. | : : | |

## ORDER

At Wilmington this 28th day of June, 2019;

Plaintiff Edward Thomas Kennedy appears *pro se*. On May 16, 2019, the Court ordered Plaintiff to either submit an application to proceed in District Court without prepaying fees or costs (long form application AO 239) or to pay the $400 filing fee in full. Plaintiff was warned that the failure to submit a complete application to proceed without prepayment of fees or to pay the filing fee in full, within 21 days from the date of the Order, would result in dismissal of the case. (D.I. 4) The time has passed and Plaintiff has failed to comply with the May 16, 2019 Order.

THEREFORE, IT IS ORDERED that the Complaint is DISMISSED without prejudice for failure to comply with the May 16, 2019 Order.

_____
UNITED STATES DISTRICT JUDGE