IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy,       )
                             )
    Plaintiff,               )     Civil Action No. 19-893-CFC
                             )
vs.                          )
                             )
                             )
The United States, et al.,   )
                             )
    Defendants.              )

**NOTICE AND OBJECTION**

1. NOTICE
28 U.S. Code § 453.

2. The Plaintiff, Edward Thomas Kennedy, ("Kennedy" and/or "Plaintiff") is one of the people of Pennsylvania in this court of record hereby OBJECTS to documents titled "Order" of May 16, 2019 and June 28, 2019 (Doc. 5) because Colm F. Connolly. knowingly violated 28 U.S. Code § 453, and also exceeded the courts jurisdiction, and because Colm F. Connolly exceeded the court's jurisdiction, injured Kenney in loss of rights.

Respectfully submitted,

Dated: July 11, 2019.

_____(seal)
By:   Edward Thomas Kennedy, Plaintiff.
      *All rights reserved under UCC 1-308.*

800 Court Street, Apt 223
Reading, PA 19601
415-275-1244
Fax (570) 275-1244
pillar.of.peace.2012@gmail.com

*Plaintiff is Self-represented.*

**Edward Thomas Kennedy**
**800 Court Street, Apt 223**
**Reading, PA 19601**
**Phone: 415-275-1244**
**FAX: 570-609-1810**

John A. Cerino, CLERK OF COURT
United States District Court for the District of Delaware
844 N King St,
Wilmington, DE 19801

Dear CLERK OF COURT CERINO,

    Please file on demand. Enclosed please find the following:

Notice and Objection (one page)

    Please return to me a stamped copy.

    If you have any questions, please contact me at (415) - 275-1244 or at email pillar.of.peace.2012@gmail.com.

Date: July 11, 2019.

                              Sincerely,

                        _____ (seal)
                        Edward Thomas Kennedy

Edward Thomas Kennedy
800 Court Street, Apt 223
Reading, PA 19601





John A. Cerino, CLERK OF COURT
United States District Court D. Del.
844 N King Street
Wilmington, DE 19801